## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  
DATE: 5/19/22

NAME OF SERVER (PRINT): Henry Duarte  
TITLE: process server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Donna Barber

☐ Returned unexecuted: _____

☒ Other (specify): colleague of Tahesha Way

## STATEMENT OF SERVICE FEES

TRAVEL: 70 miles  
SERVICES: Service of process  
TOTAL: 169.08

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/19/22

Signature of Server

Address of Server: 230 N. 2nd St. Phila. PA

File stamped Complaint with exhibits and Summons served at New Jersey Secretary of State office, 125 West State Street, Trenton, NJ 08625.