Linda A. Kerns, Esquire (NJ Bar No. 001051999)
LAW OFFICES OF LINDA A. KERNS, LLC
1420 Locust Street – Suite 200
Philadelphia, PA 19102
Tel: (215) 731-1400
Fax: (215) 701-4154
linda@lindakernslaw.com

Noel H. Johnson*
Maureen Riordan*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
mriordan@PublicInterestLegal.org
* *Admitted Pro Hac Vice*
*Attorneys for Plaintiff Public Interest Legal Foundation*

It is so ordered this 7th day of February, 2023

*Georgette Castner*
Georgette Castner, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TAHESHA WAY,** in her official capacity as Secretary of State for the State of New Jersey,<br><br>*Defendant*. | Civil Case No. 3:22-cv-02865-FLW-RLS |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

On November 9, 2022, the Court granted in part and denied in part Defendant's motion to dismiss (Doc. 10). (Doc. 23.) The Court ordered Defendant "to conduct a search of the State's records and produce any informal instructions (such as emails to or from county officials) and hand-written notes related to identifying, merging, and/or cancelling duplicate voter registration records within 45 days; or alternatively, respond as to why such records are exempt from production." (Doc. 23 at 1-2.)

On December 27, 2022, Assistant Secretary of State Lauren M. Zyriek Enriquez sent the email attached as Exhibit A to Plaintiff's counsel. The email indicates that Defendant has no additional records responsive to the Foundation's request or the Court's order, except for one "technical instructions" document. *See* Exhibit A.

In light of the representations made in the attached email and in other filings, Plaintiff dismisses this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: February 1, 2023.

For the Plaintiff Public Interest Legal Foundation:

       /s/ Linda A. Kerns
Linda A. Kerns, Esquire (NJ Bar No. 001051999)
LAW OFFICES OF LINDA A. KERNS, LLC
1420 Locust Street – Suite 200
Philadelphia, PA 19102
Tel: (215) 731-1400

Fax: (215) 701-4154
linda@lindakernslaw.com

Noel H. Johnson*
Maureen Riordan*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
mriordan@PublicInterestLegal.org
* Admitted Pro Hac Vice

Attorneys for Plaintiff Public Interest Legal Foundation